This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**DELFIN SALAZAR, JR.,**

Petitioner-Appellant,

v.                                                              **NO. 32,474**

**STATE OF NEW MEXICO TAXATION
AND REVENUE DEPARTMENT,
MOTOR VEHICLES DIVISION,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CIBOLA COUNTY
George P. Eichwald, District Judge**

John V. Nilan LLC
John V. Nilan
Albuquerque, NM

for Appellant

N.M. Taxation and Revenue Dept.
Julia A. Belles
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**WECHSLER, Judge.**

**{1}**    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

**{2}**    DISMISSED.

**{3}**    **IT IS SO ORDERED.**


_____

**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____

**JONATHAN B. SUTIN, Judge**


_____

**MICHAEL E. VIGIL, Judge**